ROBERT T. CRUZEN SB 203658
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Ph: (503) 595-5300
Fax: (503) 595-5301
e-mail: rob.cruzen@klarquist.com

*Attorneys for Defendant*
*AMAZON.COM, INC.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

WORLDSLIDE, LLC,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Case No.: 2:11-CV-03352-GEB-CKD

**DEFENDANT AMAZON.COM, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

Defendant Amazon.com, Inc. ("Amazon") answers the Complaint for Patent Infringement ("Complaint") filed in this action by Plaintiff Worldslide, LLC ("Plaintiff") as follows:

**<u>JURISDICTION AND VENUE</u>**

1. Amazon admits that Plaintiff purports to state a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. Amazon denies that Plaintiff has in fact stated a claim for patent infringement arising under the patent laws of the United States. Amazon admits that this Court has subject matter jurisdiction over actions brought pursuant to 35 U.S.C. § 271, §§281-285, 28 U.S.C. §§ 1331, 1338(a) 2201, and

2202.

2. Amazon admits that it offers items for sale and sells items through the website www.amazon.com to customers located throughout the world, including those located within the Eastern District of California. Amazon denies the remaining allegations of Paragraph 2 of the complaint.

## THE PARTIES

3. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the complaint.

4. Amazon admits that it is a Delaware corporation with its principal place of business in the State of Washington and that it is registered with the Washington Secretary of State. Amazon admits that it offers items for sale and sells items through the website www.amazon.com to customers located throughout the world, including those located within the Eastern District of California. Amazon denies the remaining allegations of Paragraph 4 of the complaint.

## CLAIM FOR RELIEF
**(Infringement of U.S. Patent Number 7,309,302)**

5. Amazon admits that United States Patent 7,309,302 (the "'302 Patent") appears to have issued December 18, 2007 and is entitled "Sliding Exercise Apparatus and Recreational Device." Amazon denies that the '302 patent was "duly and legally" issued. Amazon lacks knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph 5 of the Complaint.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Amazon admits that it has from time to time offered for sale inflatable water slide products bearing the Banzai mark through the website www.amazon.com, and that sales of products occurring prior to issuance of the '302 patent could not infringe that patent. Amazon denies the remaining allegations of Paragraph 10 of the complaint.

11. Denied.

**PLAINTIFF'S PRAYER FOR RELIEF**

To the extent that the Prayer for Relief section of the Complaint is deemed to allege any facts or entitlements to the relief requested, Amazon denies each and every allegation. Specifically, Amazon denies that Plaintiff is entitled to any such relief. Amazon further denies that any conduct on its part subjects Amazon to liability for damages, a finding of willfulness, or attorneys' fees under 35 U.S.C. § 285.

**GENERAL DENIAL**

Except as explicitly admitted herein, Amazon denies each and every allegation contained in Plaintiff's Complaint.

**AFFIRMATIVE AND OTHER DEFENSES**

Further answering the Complaint and as additional defenses thereto, Amazon asserts the following affirmative and other defenses, without admitting any allegation of the Complaint not otherwise admitted and without assuming the burden when such burden would otherwise be on Plaintiff. Amazon reserves the right to assert any other defenses that its ongoing fact investigation or discovery may reveal.

**FIRST DEFENSE**
**(Non-Infringement)**

12. Amazon does not and has not infringed, either literally or under the doctrine of equivalents, directly, or indirectly, any valid and enforceable claim of United States Patent Number 7,309,302 (the "'302 Patent").

**SECOND DEFENSE**
**(Invalidity)**

13. Each and every claim of the '302 Patent is invalid for failure to meet the requirements of the U.S. patent laws, 35 U.S.C. §§ 100 et seq., including but not limited to 35 U.S.C. §§ 101, 102, 103 and 112.

**THIRD DEFENSE**
**(Prosecution History Estoppel)**

14. The doctrine of prosecution history estoppel precludes a finding of infringement of any valid and enforceable claim of the '302 Patent.

**FOURTH DEFENSE**
**(Damages Limited)**

15. Some or all of Plaintiff's claims for damages are statutorily barred, in whole or in part, based on 35 U.S.C. § 286 and/or § 287.

**FIFTH DEFENSE**
**(Failure to State Sufficient Facts to Constitute Claims)**

16. Plaintiff fails to state a claim upon which relief may be granted.

**SIXTH DEFENSE**
**(Dedication to the Public)**

17. Plaintiff has dedicated to the public any method, system, and/or product disclosed in the '302 Patent but not literally claimed therein and is therefore estopped from claiming infringement by any such public domain method, system, and/or product.

**SEVENTH DEFENSE**
**(Laches)**

18. Plaintiff is barred by laches from obtaining relief for alleged infringement because it unreasonably and inexcusably delayed in asserting the ’302 Patent.

**EIGHTH DEFENSE**
**(Failure to Mitigate Damages)**

19. Plaintiff’s claims are barred, in whole or in part, by its failure to mitigate damages.

## COUNTERCLAIMS FOR DECLARATORY JUDGMENT

Counterclaim-Plaintiff Amazon.com, Inc. (“Amazon”), for its counterclaims against Plaintiff Worldslide, LLC (“Plaintiff”) alleges as follows:

### PARTIES

1. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.

2. According to paragraph 3 of Plaintiff’s Original Complaint, Plaintiff Worldslide, LLC (“Plaintiff”) is a Delaware Limited Liability Company registered with the California Secretary of State and having its principal office in Napa, Napa County, California.

### JURISDICTION

3. This is an action for a declaration of non-infringement, invalidity, and unenforceability of United States Patent Number 7,309,302 (the “’302 Patent”). This Court has jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, and 2201.

4. Plaintiff is subject to personal jurisdiction in this District.

**COUNT ONE**

**DECLARATION OF NON-INFRINGEMENT OF THE ’302 PATENT**

5. Amazon incorporates and re-alleges the allegations of paragraphs 1-4 of these counterclaims.

6. Plaintiff alleges that it is the owner of United States Patent Number 7,309,302 (the “’302 Patent”), and Plaintiff has brought suit against Amazon for infringement of the ’302 Patent.

7. Plaintiff has no reasonable basis on which it may assert that Amazon directly infringes, contributes to the infringement of, or induces infringement of any claim of the ’302 Patent, either literally or under the doctrine of equivalents.

8. Amazon has not infringed and is not infringing, directly, by inducement, or contributorily, any claim of the ’302 Patent asserted against it, either literally or under the doctrine of equivalents, and is not liable for infringement thereof.

9. An actual case and controversy exists between Plaintiff and Amazon based on Plaintiff having filed a Complaint alleging infringement of the ’302 Patent, and that controversy is ripe for adjudication by this Court.

10. To resolve the legal and factual questions raised by Plaintiff and to afford relief from the uncertainty and controversy that Plaintiff’s accusations have precipitated, Amazon is entitled to a declaratory judgment that it does not infringe and has not infringed any claim of the ’302 Patent.

**COUNT TWO**

**DECLARATION OF INVALIDITY OF THE '302 PATENT**

11. Amazon incorporates and realleges the allegations of paragraphs 1-10 of these counterclaims.

12. Plaintiff alleges that it is the owner of United States Patent Number 7,309,302 (the "'302 Patent"), and Plaintiff has brought suit against Amazon for infringement of the '302 Patent.

13. One or more claims of the '302 Patent are invalid under one or more sections of Title 35 of the United States Code, including without limitation 35 U.S.C. §§ 101, 102, 103, and/or 112 *et seq.*

14. An actual case and controversy exists between Plaintiff and Amazon based on Plaintiff having filed a Complaint alleging infringement of the '302 Patent, and that controversy is ripe for adjudication by this Court.

15. To resolve the legal and factual questions raised by Plaintiff and to afford relief from the uncertainty and controversy that Plaintiff's accusations have precipitated, Amazon is entitled to a declaratory judgment that one or more claims of the '302 Patent are invalid.

**PRAYER FOR RELIEF**

WHEREFORE, Amazon prays for the following relief:

A. A judgment dismissing Plaintiff's Complaint in its entirety, with prejudice, and finding that Plaintiff recovers nothing thereon;

B. A judgment declaring that United States Patent Number 7,309,302 asserted against Amazon has not been infringed by Amazon;

C. A judgment declaring that the claims of United States Patent Number 7,309,302 asserted against Amazon are invalid and void;

D. A judgment awarding Amazon its costs (including expert fees), disbursements, and reasonable attorneys' fees in this action, pursuant to 35 U.S.C. § 285, together with interest, including prejudgment interest, thereon; and

E. Such further relief to Amazon as is just and proper.

**DEMAND FOR A JURY TRIAL**

In accordance with Fed. R. Civ. P. 38(b), Amazon hereby demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: February 14, 2012

By: /s/ *Robert T. Cruzen*

Robert T. Cruzen 203658
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Ph: (503) 595-5300
Fax: (503) 595-5301

*Attorneys for Defendant*
*AMAZON.COM, INC.*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned hereby certifies that on February 14, 2012, the foregoing DEFENDANT AMAZON.COM, INC.'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT was filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

William S. Bernheim
Bernheim, Gutierrez & McCready
255 N. Lincoln Street
Dixon, CA 95620
(707) 678-4447 x109
Fax: (707) 678-0477
Email: law@bernheimlaw.net

Attorneys for Plaintiff

/s/ *Robert T. Cruzen*
Robert T. Cruzen