Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendants
(except Wal-Mart Stores, Inc.)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Worldslide, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>Wal-Mart Stores, Inc.,<br><br>          v.<br><br>Target Corporation,<br><br>          v.<br><br>Amazon.com, Inc.,<br><br>          v.<br><br>Toys 'R' Us-Delaware, Inc.,<br><br>          v.<br><br>Brian Dubinsky, AquaWood, LLC, Wal-Mart Stores, Inc., Target Corporation, Amazon.com, Inc.. and Toys 'R' Us-Delaware, Inc.,<br><br>                    Defendants. | <u>Related Cases</u><br><br>Case No. 2:11-cv-01806-MCE<br>Case No. 2:11-cv-03350-MCE<br>Case No. 2:11-cv-03352-MCE<br>Case No. 2:11-cv-03369-MCE<br>Case No. 2:12-cv-00872-MCE<br>Case No. 2:12-cv-00873-MCE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## Order Of Dismissal With Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Stipulations of Dismissal With Prejudice filed in each of the above-captioned, related cases, all of the above-captioned, related cases are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT